IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEVON FRED MORELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:11-CV-969-TMH |
| | ) |
| LT. PETREY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 28) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Defendant's Motion to Dismiss (Doc. 18) is GRANTED; this case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an available administrative remedy prior to filing suit; and no costs be taxed herein.

A separate judgment shall issue.

Done this 26th day of November, 2013.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE